# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Tactical Air Defense Services Inc   Case No. 10-32694-LMI
                                            Chapter   7

_____Debtor*_____/

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you in this bankruptcy court on 8/3/2010 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A motion to convert by the debtor in an involuntary chapter 7 proceeding shall be deemed a consent to entry of an order for relief under the chapter to which the case is being converted (Local Rule 1013-1(B)). A copy of the petition is attached.

Address of the clerk
☐ 51 S.W. First Ave., Room 1510, Miami, FL 33130
☐ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

CLERK OF COURT

8/3/2010                    By: Nilda Catala
Date                             Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

LF-55 (rev. 12/01/09)            Page 1 of 2

Case No._____

## CERTIFICATION OF SERVICE

I, _____(name)_____, certify that on \_\_\_\_(date)\_\_\_\_, I served this summons and a copy of the involuntary petition on _____(name)_____, the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certif that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

              Print Name:     _____

              Business Address:  _____

                                       _____