**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*Miami Division*

| | |
|---|---|
| IN RE:<br><br>**TACTICAL AIR DEFENSE SERVICES, INC.,**<br><br>Debtor. | Case No. 10-32694-BKC-LMI<br><br>Chapter 7 Involuntary |

**ALLEGED DEBTOR'S EMERGENCY MOTION FOR**
**INTRA-DISTRICT TRANSFER**

The Alleged Debtor, TACTICAL AIR DEFENSE SERVICES, INC. ("TADS" or "ALLEGED DEBTOR"), by and through undersigned counsel and pursuant to Local Rule 1015-1, respectfully moves this Honorable Court on an emergency basis for the intra-district transfer of this involuntary Chapter 7 case to the Honorable Paul G. Hyman, Jr., in the West Palm Beach Division of the U.S. Bankruptcy Court for the Southern District of Florida. In support thereof, the ALLEGED DEBTOR would respectfully submit the following:

*Reason for the Exigency*

This is the second involuntary petition filed against the ALLEGED DEBTOR within three (3) months at the instigation of one MARK DANIELS ("DANIELS"), the former president of the ALLEGED DEBTOR who was removed for a variety of misbehavior. The first petition was filed by DANIELS on May 7, 2010 (Case No. 10-22515-BKC-PGH). It was dismissed on May 14, 2010 by an Order (DE #18) which included a prohibition on DANIELS or any insider or affiliate of his from attempting to refile a new involuntary petition or soliciting others to do it.

It now appears that the current involuntary petition falls precisely within the proscription of Judge Hyman's previous Dismissal Order.

The ALLEGED DEBTOR is a public company, and as such is heavily regulated by the Securities & Exchange Commission and Securities laws. Among the relevant aspects of those laws is the requirement of filing an 8K Report with the SEC to report the open involuntary petition. This will have a devastating effect upon the ALLEGED DEBTOR's reputation and thus, in turn, its stock value.

The ALLEGED DEBTOR is in the midst of a proposed transaction involving the purchase of, and merger with a privately held company. Any adverse effect on the ALLEGED DEBTOR's stock price will have an obvious effect on the dynamics of the proposed transaction - in fact, the ALLEGED DEBTOR believes that this is precisely what has been contemplated by DANIELS, who has orchestrated the involuntary filings. Accordingly, the ALLEGED DEBTOR respectfully seeks resolution of this matter at the earliest possible date.

Case No. 10-32694-BKC-LMI

**Background**

1.      The ALLEGED DEBTOR is a publicly-owned corporation with over 2,000 shareholders. On May 7, 2010, its former president, MARK DANIELS, who was removed in November 2009 for violation of his Employment Agreement, and various forms of malfeasance and misfeasance, filed a single creditor involuntary Chapter 7 case against the ALLEGED DEBTOR (Case No. 10-22515-BKC-PGH).

2.      The May 7 involuntary petition was quickly dismissed by Judge Hyman (CP #18), who further ordered that the involuntary petition was ". . . hereby dismissed with prejudice to any subsequent involuntary petition by DANIELS, or any insider of or affiliate of DANIELS (as those terms are defined in the Code) . . ."

3.      Now DANIELS has tried again. Two of the three petitioning creditors <u>this</u> time are corporations. One of them, AIR-1 FLIGHT SUPPORT, INC. ("AIR-1") is a Florida corporation. According to the Secretary of State's website, ‹www.sunbiz.gov.› DANIELS was the incorporator, registered agent and vice president of AIR-1 on May 14, 2010, when Judge Hyman's Dismissal Order was entered; thus, AIR-1 was bound by the Order, as it was clearly an insider of DANIELS. DANIELS attempted to confuse the situation five (5) days later by filing a report with the Secretary of State in which his listings as vice president and registered agent were removed.

4.      The other corporate petitioning creditor is NORTH AMERICAN TACTICAL AVIATION, INC. ("NATA"). According to the Secretary of State's Office in Delaware, where it is incorporated (the petition erroneously gives its address as Newark, New Jersey, rather than Newark, Delaware), the officers of NATA are ALEXANDER GLOVATAKI[1] and DWIGHT BARNELL.

5.      Again, rudimentary research through the Secretary State of Florida at ‹www.sunbiz.org.› shows that DANIELS and DWIGHT BARNELL are both officers of a Florida

---

[1] Upon information and belief, ALEXANDER GLOVATAKI is also known by the surname BARANOV and he and DANIELS together are officers of other corporate entities as well.

2

company called NORTECH AEROSPACE, INC., in Jupiter, Florida.  Thus, as a matter of definition, NATA is an insider of an affiliate, which makes it an insider of DANIELS as well. *See* 11 U.S.C. §101(2) and (31).

6.    The third petitioning creditor is LAWRENCE SCHARFMAN, CPA ("SCHARFMAN").  Upon information and belief, he had discussed involvement in the involuntary petition with DANIELS.  His claim is disputed, since he had been the auditor for the ALLEGED DEBTOR, but he was disqualified from auditing publicly-held companies due to questions about his auditing procedures.  This led the SEC to notify the ALLEGED DEBTOR that (a) it would have to get a new auditor; and (b) it would have to redo any audits performed by SCHARFMAN that formed the basis of reports which had already been submitted to the SEC.

7.    The initial involuntary petition was filed in the West Palm Beach Division of the Bankruptcy Court.  Judge Hyman has already dealt with this ALLEGED DEBTOR and this set of facts.  It would be most appropriate in the interest of speed and judicial economy to transfer this serial involuntary filing to Judge Hyman, as well.

WHEREFORE, for the foregoing reasons, the ALLEGED DEBTOR, TACTICAL AIR DEFENSE SERVICES, INC., respectfully requests that this involuntary case be transferred to the Honorable Paul G. Hyman, Jr., at the West Palm Beach Division of the U.S. Bankruptcy Court for the Southern District of Florida.

Respectfully submitted,

Ronald G. Neiwirth
Fla. Bar No. 152175
Email: rneiwirth@fowler-white.com
Jonathan B. Butler
Fla. Bar No. 56197
Email: jbb@fowler-white.com
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Tel: (305) 789-9200 - Fax (305)789-9201

Case No. 10-32694-BKC-LMI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ronald G. Neiwirth
Ronald G. Neiwirth

**SERVICE LIST**

Mario D. German, Esq.
55 N.E. 5th Avenue
Suite 501
Boca Raton, FL 33432
   mdgbjcnotices@gmail.com


Office of the U.S. Trustee
51 S.W. First Avenue
Suite 1204
Miami, FL 33130 33130

4