

**ORDERED in the Southern District of Florida on August 10, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
*Miami Division*

| | |
|---|---|
| IN RE: | Case No. 10-32694-BKC-LMI |
| TACTICAL AIR DEFENSE SERVICES, INC., | Chapter 7 Involuntary |
| Debtor. | |

**ORDER GRANTING ALLEGED DEBTOR'S EMERGENCY
MOTION TO DISMISS INVOLUNTARY PETITION**

THIS MATTER came before the Court on August 10, 2010, the date set for hearing in respect of the Alleged Debtor's Emergency Motion to Dismiss the involuntary bankruptcy petition which was filed against it. The Court conducted an evidentiary hearing, and heard from witnesses on behalf of the petitioners and on behalf of the Alleged Debtor. The Court having reviewed and considered the court file, the previous court file of an involuntary bankruptcy petition filed against the same Debtor earlier this year in Case No. 10-22515-BKC-PGH, having heard and considered the testimony and the credibility of the witnesses, as well as arguments of counsel, and reviewed the applicable law, the Court announced its ruling on the record. For the reasons recited on the record, it is

**ORDERED**, that the involuntary Chapter 7 petition filed in this case is dismissed; it is further

Case No. 10-32694-BKC-LMI

**ORDERED**, however, that the Court reserves jurisdiction to consider the award of appropriate sanctions against the petitioning creditors pursuant to the provisions of 11 U.S.C. §303(i).

#    #    #


Conformed copies to
Ronald G. Neiwirth, Esq.
Mario D. German, Esq.
Office of the U.S. Trustee

Mr. Neiwirth to serve a copy of this Order to all parties
in interest and file a Certificate of Service with the Court