

**ORDERED in the Southern District of Florida on August 11, 2010.**

                                                **Laurel M. Isicoff, Judge**
                                                **United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  CASE NO. 10-32694-BKC-LMI

TACTICAL AIR DEFENSE SERVICES,          Chapter 11 Involuntary
INC.,

       Debtor.
_____/

### ORDER TRANSFERRING CASE

THIS CAUSE came before the Court upon the Motion for Intra-District Transfer (DE #4) filed by the Alleged Debtor Tactical Air Defense Services, Inc. on August 6, 2010.  The Court conducted a hearing on this matter on August 10, 2010.  Having reviewed the Motion, the arguments of counsel at the hearing, and the record, it is

ORDERED:

The Motion for Intra-District Transfer (DE #4) is GRANTED, this case shall be transferred to the Honorable Paul G. Hyman, Jr. effective August 11, 2010.

###

Copies furnished to:
Ronald G. Neiwirth, Esq.

CASE NO. 10-32694-BKC-LMI

2

*Attorney Neiwirth shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.*